```
NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
jared.l.grimmer@usdoj.gov
```

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00353-GMN-DJA |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| OMAR GONZALEZ-HERNANDEZ,<br>    aka "Omar Gonzalez-Herrera,"<br>    aka "Omar Gonzalez,"<br>    aka "Marcos Torre-Blanca,"<br>    aka "Marcos Torreblanca,"<br>    aka "Marcus Torreblanca-Gonzalez,"<br>    aka "Marcus Gonzalez-Torrebl,"<br><br>            Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about November 5, 2020, a Complaint was filed with the Court, charging Mr. Gonzalez-Hernandez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00967-EJY.

2. Mr. Gonzalez-Hernandez made an initial appearance before the Court on or about November 9, 2020, and was ordered detained, pending trial. *Id*. at ECF Nos. 8, 17. Mr. Gonzalez-Hernandez remains detained by the U.S. Marshals Service.

3. Mr. Gonzalez-Hernandez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for February 3, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 18th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00353-GMN-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| OMAR GONZALEZ-HERNANDEZ,<br>  aka "Omar Gonzalez-Herrera,"<br>  aka "Omar Gonzalez,"<br>  aka "Marcos Torre-Blanca,"<br>  aka "Marcos Torreblanca,"<br>  aka "Marcus Torreblanca-Gonzalez,"<br>  aka "Marcus Gonzalez-Torrebl,"<br><br>          Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Omar Gonzalez-Hernandez,* is unsealed.

**DATED** this __18__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3